**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JOHN M. McCORMICK, III,

    Plaintiff(s),

v.                                                                              CASE NO: 8:05-CV-199-T-30TGW

AMO PLANS, etc.,

    Defendant(s).

_____/

## **ORDER**

    Defendant's Motion for Summary Judgment (Dkt. #22) and Defendant's Statement of Uncontested Material Facts (Dkt. #23) were filed in the above-styled case. Said document(s) violate(s) Local Rule 3.01(c) of the Middle District of Florida, which states: "Absent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length." Counsel may not circumvent this rule by separately filing a motion and memorandum in support thereof. It is therefore

    ORDERED AND ADJUDGED that:

    1.   Defendant's Motion for Summary Judgment (Dkt. #22) and Defendant's Statement of Uncontested Material Facts (Dkt. #23) are **STRICKEN** from the record.

    2.   Additionally, any responses required to be filed because of the stricken document(s) will not be required and will also be stricken.

3.      Counsel are reminded of their obligation to comply with Local Rule 3.01(g) which requires that before filing a motion, the moving party confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion and file a statement certifying (1) that he or she has conferred with opposing counsel and (2) whether counsel agree on the resolution of the Motion.

**DONE** and **ORDERED** in Tampa, Florida on February 8, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

*S:\Odd\2005\05-cv-199.strike 22.wpd*